# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

HANK ZABALA,

    Plaintiff,

v.

SHERRIFF MIKE HALEY, *et al.*,

    Defendants.

Case No. 2:13-cv-00393-RFB-PAL

**ORDER TO PRODUCE
HANK ZABALA**

TO:    DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    DWIGHT NEVEN, HIGH DESERT STATE PRISON
        INDIAN SPRINGS, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **HANK ZABALA, #96733,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **HANK ZABALA, #96733,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Tuesday, September 1, 2015, at the hour of 10:00 a.m., to attend the hearing and oral argument in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **HANK ZABALA, #96733**, is released and

1
2   discharged by the said Court; and that the said **HANK ZABALA, #96733,** shall thereafter be
3   returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe
4   and secure conduct.
5   **DATED** this 17th day of August, 2015.
6
7   _____
    **RICHARD F. BOULWARE, II**
8   **UNITED STATES DISTRICT JUDGE**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28